IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 1:10-CR-70 |
| | § | |
| ROGELIO DOMINGUEZ PINEDA (1) | § | Clark-Hines |
|   a/k/a "Juan R Zavala", a/k/a "Hermilio Luna | § | |
|   Pineda", a/k/a "Alex Serrano", a/k/a "Poppi", | § | |
|   a/k/a "Roger" | § | |
| JONATHAN A. CUADROS-ZABALA (2) | § | |
| SAMUEL PINEDA PINEDA (3) | § | |
|   a/k/a "Chame", a/k/a "Sammy" | § | |
| RODOLFO DOMINGUEZ PINEDA (4) | § | |
|   a/k/a "Cuate" | § | |
| RAUL PINEDA (5) | § | **FILED** |
|   a/k/a "Chinto" | § | P.M. June 3  2010 |
| ENRIQUE PINEDA (6) | § | DAVID J. MALAND, CLERK |
|   a/k/a "Kiki", a/k/a "Gordo" | § | U.S. DISTRICT COURT |
| AURELIO PINEDA-MORENO (7) | § | By_____ |
|   a/k/a "Pelon" | § | DEPUTY |
| JESUS PINEDA-ESPINOZA (8) | § | |
|   a/k/a "Chuche" | § | |
| JUAN CARLOS SOTO (9) | § | |
|   a/k/a "Juan Soto-Gutierrez, a/k/a "Carlitos" | § | |
| NEAL INDRAVADAN DESAI (10) | § | |
| MOHAMMAD ZAHID (11) | § | |
|   a/k/a "Z" | § | |
| AMANDO GARCIA-DUARTE (12) | § | |
|   a/k/a "Guero #1" | § | |
| JORGE DUARTE-GARCIA (13) | § | |
|   a/k/a "Guero #2" | § | |
| JOHN ANTHONY MOLENDA (14) | § | |
| LESTER EDWEN MCCOY (15) | § | |
|   a/k/a "Negro" | § | |
| ALDO ALBER MALDONADO-HERRERA (16) | § | |
| KENNETH PATRICK COLLINS (17) | § | |
| ALEJANDRO ORTIZ (18) | § | |
|   a/k/a "Jaime Buenaventure Pineda" | § | |

1

| | |
|---|---|
| GERMAN RIOS GOMEZ (19) | § |
| DAVID RUIZ (20) | § |
|   a/k/a "Pappy" | § |
| ORLANDO PINEDA-ESPINOZA (21) | § |
|   a/k/a "Camonina" | § |
| JOSHUA LEE HAYNES (22) | § |
| VANESSA ANNE CUTBILL (23) | § |
| ALEJANDRO G. GARCIA (24) | § |
| JULIAN DUARTE-MOLINA (25) | § |
|   a/k/a "Julio" | § |
| CHRISTOPHER SHANNON MIGUEZ (26) | § |
| HEATHER MARIE SMITH (27) | § |
|   a/k/a "Heather Peveto" | § |
| TRISH LYNNE TAYLOR (28) | § |
| BRANDON WAYNE RUSSELL (29) | § |
| SARRAH ELIZABETH HAUGHTON (30) | § |
| PATRICK FERNAND BRUPBACHER (31) | § |
| ASHLEY MICHELLE HENRY (32) | § |
| JOSE CARMEN DUARTE-BAUTISTA (33) | § |
|   a/k/a "Don Carmelo" | § |
| JOSHUA LYNN BLAND (34) | § |
| VINCENT TROY BERTRAND (35) | § |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

>Violation: 21 U.S.C. § 846
>(Conspiracy to Possess with Intent to
>Distribute a Controlled Substance)

That from on or about August 1, 2008, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about June 3, 2010 in the Eastern District of Texas and elsewhere,

>**Rogelio Dominguez Pineda (1)**
>**a/k/a "Juan R Zavala", a/k/a "Hermilio Luna**
>**Pineda", a/k/a "Alex Serrano", a/k/a "Poppi",**

a/k/a "Roger"
Jonathan A. Cuadros-Zabala (2)
Samuel Pineda Pineda (3)
a/k/a "Chame", a/k/a "Sammy"
Rodolfo Dominguez Pineda (4)
a/k/a "Cuate"
Raul Pineda (5)
a/k/a "Chinto"
Enrique Pineda (6)
a/k/a "Kiki", a/k/a "Gordo"
Aurelio Pineda-Moreno (7)
a/k/a "Pelon"
Jesus Pineda-Espinoza (8)
a/k/a "Chuche"
Juan Carlos Soto (9)
a/k/a "Juan Soto-Gutierrez", a/k/a "Carlitos"
Neal Indravadan Desai (10)
Mohammad Zahid (11)
a/k/a "Z"
Amando Garcia-Duarte (12)
a/k/a "Guero #1"
Jorge Duarte-Garcia (13)
a/k/a "Guero #2"
John Anthony Molenda (14)
Lester Edwen McCoy (15)
a/k/a "Negro"
Aldo Alber Maldonado-Herrera (16)
Kenneth Patrick Collins (17)
Alejandro Ortiz (18)
a/k/a "Jaime Buenaventure Pineda"
German Rios Gomez (19)
David Ruiz (20)
a/k/a "Pappy"
Orlando Pineda-Espinoza (21)
a/k/a "Camonina"
Joshua Lee Haynes (22)
Vanessa Anne Cutbill (23)
Alejandro G. Garcia (24)
Julian Duarte-Molina (25)
a/k/a "Julio"
Christopher Shannon Miguez (26)
Heather Marie Smith (27)

a/k/a "Heather Peveto"  
Trish Lynne Taylor (28)  
Brandon Wayne Russell (29)  
Sarrah Elizabeth Haughton (30)  
Patrick Fernand Brupbacher (31)  
Ashley Michelle Henry (32)  
Jose Carmen Duarte-Bautista (33)  
a/k/a Don Carmelo  
Joshua Lynn Bland (34)  
Vincent Troy Bertrand (35)

defendants, did intentionally and knowingly conspire, combine, confederate and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, to wit; 500 grams or more of a Schedule II controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, 50 grams or more of Schedule II controlled substance, namely, "actual" and "ice" methamphetamine; and five (5) kilograms or more of a Schedule II controlled substance, namely, a mixture or substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C.§ 853 and § 881

Upon conviction of the controlled substance offense alleged in Count ONE of this indictment, defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

## MONEY JUDGMENT

A sum of money equal to **five million, three hundred and ninety-three thousand dollars ($5,393,000.00)** in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count ONE, conspiracy to distribute and possess with intent to distribute a Schedule II controlled substance, namely a mixture and substance containing a detectable amount of methamphetamine in an amount of 500 grams or more, actual methamphetamine and ice methamphetamine in an amount of 50 grams or more and, cocaine in an amount of 5 kilograms or more for which the defendants are jointly and severally liable.

## REAL PROPERTY

A tract of land containing 1,495 square feet which is part of and out of Building Site 2 and out of the Replat of Fondren Place Townhomes, according to the map of plat thereof, recorded in Volume 230, Page 55 of the Map Records of Harris County, Texas, in the J.S. Black Survey, Abstract No. 134, in the City of Houston, Harris County, Texas, said tract is more particularly described by metes and bounds as follows:

PLACE OF BEGINNING being the northwest corner of this 1,495 square foot tract of land, same being the northeast corner of Building Site 2:

THENCE North 87 deg. 43 min. 21 sec. East along the north line of this tract and of Building Site 2, passing the east line of the 10,000 foot wide utility easement out of the aforesaid Replat of Fondren Place Townhomes at 10,000 feet and continuing in all for a distance of 78.00 feet to a point for the northeast corner.

THENCE South 02 deg. 16 min. 39 sec. East along the east line of this tract which is also the east line of the aforesaid Building Site 2, for a distance of 19.17 feet to a point for the southeast corner;

THENCE South 87 deg. 43 min. 21. sec. West along the south line of this tract, passing the east line of the aforesaid 10.00 foot wide utility easement at 68.00 feet and continuing in all for a distance of 78.00 feet to a point for southwest corner in the west line of the aforesaid 10.00 foot wide utility easement of a Building Site No. 2;

THENCE North 02 deg. 16 min. 39 sec. West along the west line of this tract and of the Building Site 2, for a distance of 19.17 feet to the PLACE OF BEGINNING.

**PERSONAL PROPERTY**

**Motor vehicles:**

1) 2003 GMC 1500 Singlecab Pickup, White in color, VIN: 1GTEC14V73Z132133, Texas Registration, 86D-ZN8, Registered to HERMILIO LUNA

2) 1999 Nissan Pathfinder SUV, Blue in color, VIN: JN8AR07S2XW387244, Texas Registration, 100-RHR, Registered to ORALIA AVELLANEDA DUARTE

3) 1997 Nissan Maxima, Red in color, VIN: JN1CA21D1VT870209, Texas Registration, 848-MRV, Registered to JULIAN DUARTE

4) 2003 Hummer H2, Purple in color, VIN: 5GRGN23U13H127015, Texas Registration, 44Y-YK9, Registered to SAMUEL P PINEDA

5) 2003 Chevrolet 1550 Extended Cab Pickup, Red in color, VIN: 2GCEC19V131299833, Texas Registration, AE5-7348, Registered to SAMUEL P PINEDA

6) 2005 GMC 1500 Extended Cab Pickup, Pewter in color, VIN: 2GTEC13T051134253, Texas Registration, 08Y-YH9, Registered to LORENZA DIAZ LEON

7) 2003 GMC Yukon SUV, White in color, VIN: 1GKEC13Z53R276126, Texas Registration, SKJ-218, Registered to SAMUEL P PINEDA

8) 2000 Jeep Grand Cherokee SUV, Brown in color, VIN: 1J4G248S2YC313352, Texas Registration, JDC-645, Registered to KAREMY DAMIAN-SAUCEDO

9) 2002 Chrysler Town and Country Minivan, Gold in color, VIN: 2C8GP64L32R725357, Texas Registration, DB35R (Personalized), Registered to ALFONSO R GONZALEZ

10) 2001 GMC Yukon, White in color, VIN: 1GKEC13T51J195182, Texas Registration, PHR-442, Registered to YADIRA C IRIAS

11) 1997 Oldsmobile 98 passenger car, Brown in color, VIN: 1G3HC52K3V4833605, Texas Registration, TGD-904, Registered to RENE ORTIZ

12) 2003 Lincoln Navigator, Brown in color, VIN: 5LMFU27RX3LJ15361, Texas Registration, BL6-L025, Registered to ROSALBA D PINEDA

13) 2003 Ford Escort Coupe, Brown in color, VIN: 3FAFP11323R161450, Texas Registration, VJR-468, Registered to MARIA MOLENDA

14) 2003 BMW 325i, Black in color, VIN: WBADT43493G029293, Texas Registration, BN2-N054, Registered to JESUS PINEDA

15) 2006 Ford Mustang Coupe, Black in color, VIN: 1ZVFT82HX65251507, Texas Registration, 765-LBW, Registered to LUCIANO J. SARABOSING JR

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this indictment by the defendant(s) any and all interest the defendant(s) has/have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853 and/or 881.

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY

_____          6-3-10
Michelle S. Englade                       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 1:10-CR- 70 |
| ROGELIO DOMINGUEZ PINEDA (1)<br>  a/k/a "Juan R Zavala", a/k/a "Hermilio Luna Pineda", a/k/a "Alex Serrano", a/k/a "Poppi", a/k/a "Roger"<br>JONATHAN A. CUADROS-ZABALA (2)<br>SAMUEL PINEDA PINEDA (3)<br>  a/k/a "Chame", a/k/a "Sammy"<br>RODOLFO DOMINGUEZ PINEDA (4)<br>  a/k/a "Cuate"<br>RAUL PINEDA (5)<br>  a/k/a "Chinto"<br>ENRIQUE PINEDA (6)<br>  a/k/a "Kiki", a/k/a "Gordo"<br>AURELIO PINEDA-MORENO (7)<br>  a/k/a "Pelon"<br>JESUS PINEDA-ESPINOZA (8)<br>  a/k/a "Chuche"<br>JUAN CARLOS SOTO (9)<br>  a/k/a "Juan Soto-Gutierrez, a/k/a "Carlitos"<br>NEAL INDRAVADAN DESAI (10)<br>MOHAMMAD ZAHID (11)<br>  a/k/a "Z"<br>AMANDO GARCIA-DUARTE (12)<br>  a/k/a "Guero #1"<br>JORGE DUARTE-GARCIA (13)<br>  a/k/a "Guero #2"<br>JOHN ANTHONY MOLENDA (14)<br>LESTER EDWEN MCCOY (15)<br>  a/k/a "Negro"<br>ALDO ALBER MALDONADO-HERRERA (16)<br>KENNETH PATRICK COLLINS (17)<br>ALEJANDRO ORTIZ (18)<br>  a/k/a "Jaime Buenaventure Pineda" | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

9

| | |
|---|---|
| GERMAN RIOS GOMEZ (19) | § |
| DAVID RUIZ (20) | § |
|   a/k/a "Pappy" | § |
| ORLANDO PINEDA-ESPINOZA (21) | § |
|   a/k/a "Camonina" | § |
| JOSHUA LEE HAYNES (22) | § |
| VANESSA ANNE CUTBILL (23) | § |
| ALEJANDRO G. GARCIA (24) | § |
| JULIAN DUARTE-MOLINA (25) | § |
|   a/k/a "Julio" | § |
| CHRISTOPHER SHANNON MIGUEZ (26) | § |
| HEATHER MARIE SMITH (27) | § |
|   a/k/a "Heather Peveto" | § |
| TRISH LYNNE TAYLOR (28) | § |
| BRANDON WAYNE RUSSELL (29) | § |
| SARRAH ELIZABETH HAUGHTON (30) | § |
| PATRICK FERNAND BRUPBACHER (31) | § |
| ASHLEY MICHELLE HENRY (32) | § |
| JOSE CARMEN DUARTE-BAUTISTA (33) | § |
|   a/k/a "Don Carmelo" | § |
| JOSHUA LYNN BLAND (34) | § |
| VINCENT TROY BERTRAND (35) | § |

## **NOTICE OF PENALTY**

### Count One

Violation:    21 U.S.C. §§ 846 and 841(a)(1)

Penalty:    If 5 kilograms or more of cocaine, 500 grams or more of a mixture or substance containing methamphetamine or 50 grams or more of "actual" or "ice" methamphetamine - not less than 10 years or not more than life imprisonment, a fine not to exceed $4 million, or both; a term of supervised release of at least 5 years;

Special Assessment:    $100.00